## LEWIS v. STATE.

### No. 20179.

Court of Criminal Appeals of Texas.

Feb. 15, 1939.

Jack Acrey, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary, punishment assessed being twelve years in the penitentiary.

The indictment is in proper form. The record contains no statement of facts and no bills of exception. Nothing is presented for review.

The judgment is affirmed.